IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02371-PAB-NYW

MADISON REEB,

    Plaintiff,

v.

CRADLE TO CRAYONS, LLC,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Madison Reeb, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files her Notice of Dismissal with Prejudice of the above-captioned action.

DATED at Denver, Colorado this 27th day of October, 2021.

    PATRICK & KNOEBEL, LLC

    s/Tyler C. Patrick
    Tyler Patrick
    Corey Knoebel
    2828 N. Speer Boulevard
    Suite 140
    Denver, CO 80211
    tyler@patrickandknoebel.com
    corey@patrickandknoebel.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2021 I filed the foregoing via ECF which will provide notice to all counsel of record.

    s/ Tyler C. Patrick